IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NANCY DUVALL                                                    PLAINTIFF

            v.              Civil No. 05-5001

CITY OF ROGERS, ARKANSAS                                        DEFENDANT


                           O R D E R

        Now on this 9th day of September, 2005, come on for
consideration **Plaintiff's Motion To Extend Expert Disclosure
Deadline** (document #10) and **Plaintiff's Supplemental Motion To
Extend Expert Disclosure Deadline** (document #14), and, there being
no objection thereto, the Court finds that said motions should be,
and same hereby are, **granted**, and the deadline for disclosing
expert witnesses is extended sufficiently to make plaintiff's
disclosure of Ron Roach timely.  Plaintiff is directed to make Mr.
Roach available for deposition promptly if defendant so requests.

        **IT IS SO ORDERED.**


                                 /s/ Jimm Larry Hendren
                                 JIMM LARRY HENDREN
                                 UNITED STATES DISTRICT JUDGE